UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 18-18706-EEB |
| RANDY BARRIENTEZ, | ) |
| | ) Chapter 7 |
| Debtor. | ) |
| _____ | ) |
| JAMES M. RALLO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Adv. Proc. No. 18-01433-EEB |
| RANDY BARRIENTEZ, | ) |
| | ) |
| Defendant. | ) |

**STIPULATED JUDGMENT**

Pursuant to and in accordance with the Order entered by the Court in the above-entitled matter, it is HEREBY ORDERED that Judgment is entered in favor of Plaintiff James M. Rallo and against Debtor and Defendant Randy Barrientez in the principal amount of $667,795.23, and this Judgment shall be non-dischargeable pursuant to 11 U.S.C. § 523(a)(4) in Bankruptcy Case No. 18-18706-EEB filed by Debtor Randy Barrientez in the United States Bankruptcy Court for the District of Colorado. Post-judgment interest shall accrue at the rate of 8% per annum until said Judgment is paid in full.

Dated this 10th day of May 2019.

APPROVED BY THE COURT:

*[signature]*
Hon. Elizabeth E. Brown

FOR THE COURT:

*[signature]*
Deputy Clerk